UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Docket No. 4:11-MJ-1003-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **ORDER MODIFYING AND** |
| vs. | ) | |
| | ) | **CONTINUING SUPERVISION** |
| **Rosa I. Delacruz** | ) | |

On April 13, 2011, Rosa I. Delacruz appeared before the Honorable David W. Daniel, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired (Level 5), was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on November 1, 2011, the court finds as a fact that Rosa I. Delacruz, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Operating a motor vehicle on the highways of North Carolina prior to her privilege being restored in accordance with the law.
2. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. The defendant shall perform an additional 24 hours of community service, for a total of 48 hours, as directed by the probation office, and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 1st day of November, 2011.

David W. Daniel
U.S. Magistrate Judge